Arthur M. Werner, Appellant, v. Giulia Morosini Werner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.